**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

NORMAN DIMTRIUS RUFFIN,
      Plaintiff,

v.                                               Civil Action No. 3:21cv649

UNKNOWN,
      Defendant.

## MEMORANDUM OPINION

The plaintiff, a former Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action.  In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. *See Dowe v. Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983).  In his current Complaint, the plaintiff does not identify any individual defendants.  (*See* ECF No. 1.) Accordingly, by Memorandum Order entered on February 8, 2022, the Court directed the plaintiff to submit a particularized complaint within fourteen (14) days of the date of entry thereof.  (ECF No. 8.)  The Court warned the plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the February 8, 2022 Memorandum Order.  The plaintiff failed to submit a particularized complaint or otherwise respond to the February 8, 2022 Memorandum Order.  Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

Date: 17 March 2022
Richmond, Virginia

                                      /s/
                         John A. Gibney, Jr.
                         Senior United States District Judge